433 A.2d 550

Commonwealth v. Davis, Appellant.

Submitted March 21, 1980.   Harry L. Green, First Assistant Public Defender, for appellant;  Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, CAVANAUGH and WATKINS, JJ.

Judgment of sentence affirmed.

433 A.2d 551

Commonwealth v. Esposito, Appellant.

Argued June 12, 1980. Charles P. Gelso, for appellant;  Chester B. Muroski, District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Judgment affirmed.